Mark A. Nickel (SBN: 14082)
Sara E. Pendleton (SBN: 14008)
**GORDON REES SCULLY MANSUKHANI, LLP**
222 Main Street, 5th Floor
Salt Lake City, UT 84101
Telephone: (801) 204-9990
Facsimile: (385) 282-7590
mnickel@grsm.com
spendleton@grsm.com

*Attorneys for Defendant Valley Behavioral Health*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| SHANE STROH,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY BEHAVIORAL HEALTH,<br><br>Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:19-cv-00272-DBP<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action with prejudice, including any and all counterclaims and crossclaims, each party to bear his, her or its own attorneys' fees and costs.

DATED this 16th day of May, 2019.

By: _____
Plaintiff Shane Stroh

GORDON REES SCULLY
MANSUKHANI, LLP

By: /s/ Mark A. Nickel
Mark A. Nickel
Sara E. Pendleton

*Attorneys for Defendant Valley Behavioral Health*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, a copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.  A copy was also mailed this day to plaintiff at his address of record:

    Shane Stroh
    640 Springhouse Lane
    Murray, UT 84107

                                                            /s/ Kimberly Davison